UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.            ) | Crim. No. 05 -357 - 02 (RMU) |
| ) | |
| ) | |
| DAMIAN BERRY       ) | |

NOTICE OF APPEARANCE

Please note the appearance of undersigned counsel for defendant Damian Berry nunc pro tunc to September 27, 2005, pursuant to the Court's appointment under the Criminal Justice Act ("CJA").

Respectfully submitted,

/s/

Howard B. Katzoff (Bar # 348292)
601 Indiana Avenue, NW  Suite  500
Washington, D.C.  20004
(202) 783-6414
Counsel for Damian Berry

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice is being served electronically upon the Office of the United States Attorney, 555 Fourth Street, N.W., Washington, D.C.  20530, and defense counsel of record this    29th    day of September,  2005.

/s/
Howard B. Katzoff