**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

United States of America
v.
Damien Bopp
_Defendant's name_

Case No. 05-357

**YOU ARE RELEASED ON THE FOLLOWING ADDITIONAL CONDITIONS INDICATED BELOW:**

**PERSONAL PROMISE** [✓]
- **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court.
- **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court.
- **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit to be returned when the Court determines you have performed the conditions of your release. You will deposit in the registry of the Court _____ %.
- **SURETY BOND.** Upon execution of appearance bond with approved surety.

**FILED**
SEP 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:**

1) **SUPERVISORY CUSTODY** — You hereby agree to be placed in the custody of ____ who agrees (a), to supervise you in accordance with the conditions below, (b), to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c), to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone 442-1000.

2) [✓] **YOU ARE TO REPORT** — [✓] weekly / [✓] by phone TO [✓] THE D.C. PRETRIAL SERVICES AGENCY AT 442-1000.

3) **YOU ARE TO LIVE** at ____

4a) **YOU ARE TO WORK** — by obtaining a job within ____ days / by maintaining your job as ____

4b) **YOU ARE TO STUDY** — by enrolling in school at ____ / by maintaining your student status at ____

5) **YOU ARE TO STAY** — away from the complaining witness. / Within the D.C. area.

6) [✓] **NARCOTICS** — Drug Testing Once Weekly (In Person)

7) **OTHER CONDITION** — Curfew 11 PM to 6:30 am

8) **REARREST** — Any rearrest on probable cause for any subsequent offense may result in revoking your present bond and setting it at ____

**NEXT DUE BACK:** in Courtroom 12 at 10:00 AM on 10/11/05

**YOUR ATTORNEY:** Howard Katzoff, 601 Indiana Ave. NW DC 20004, 202-783-6414

**DEFENDANT'S SIGNATURE:** Damien Bopp
**WITNESSED BY:** James W. Ngby

**IMPORTANT:** YOU ARE TO NOTIFY IMMEDIATELY THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., FIRST FLOOR, TELEPHONE NUMBER 442-1000, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.

WHITE—TO COURT PAPERS
BLUE—TO JUDGE
GREEN—TO D.C. PRETRIAL SERVICES AGENCY
CANARY—TO DEFENSE ATTORNEY
PINK—TO U.S. ATTORNEY
GOLDENROD—TO DEFENDANT

Date 9-29-05

**SO ORDERED**
Signature of Judge