# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 05-357 | MAGIS. NO: |
| V.<br><br>EDGAR B. FIELDS | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Damian Berry | FILED<br>OCT 0 3 2005<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB:            PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL DISTRIBUTION OF COCAINE BASE;

AIDING AND ABETTING

**QUASHED per Judge Urbina 9-29-05**

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br>21:841(a)(1) and 841(b)(1)(C) and 2 | | |
|---|---|---|---|
| BAIL FIXED BY COURT:<br>HWOB | OTHER CONDITIONS OF RELEASE: | | |
| ORDERED BY:<br>MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE FACCIOLA | | DATE ISSUED:<br>9/22/05 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | | DATE:<br>9/22/05 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER | |
|---|---|---|---|
| DATE EXECUTED | | | |
| HIDTA CASE:    Yes      No  X | | OCDETF CASE:    Yes      No  X | |