UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
:
v.  : Criminal Action No.: 05-0357 (RMU)
:
EDGARD B. FIELDS and  :
DAMIAN BERRY,  :
:
      Defendant(s).  :

**FILED**

OCT 7 - 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

It is this 7th day of October 2005,

**ORDERED** that the status hearing in the above-captioned case scheduled for October 11, 2005 is hereby **VACATED** and **RESCHEDULED** for Tuesday, October 25, 2005 at 11:45 am.

**SO ORDERED.**

                                            _____
                                            Ricardo M. Urbina
                                            United States District Judge