UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 2 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA     :
                             :
         v.                  :     Criminal Action No.: **05-357** (RMU)
                             :
_Edgar Fields & Damien Berry_ :
                             :
         Defendant(s).       :

### CRIMINAL SCHEDULING ORDER[1]

In order to manage this case in a manner consistent with the highest quality of justice, it is this **26th** day of **October** 2005,

ORDERED that the parties file all:

Pretrial Motions\Notices    on or before   **Nov. 8, 2005**   ;

Oppositions                 on or before   **Nov. 22, 2005**  ; and

Replies                     on or before   **Nov. 29, 2005**  ; and it is

FURTHER ORDERED that this case be set for:

An interim status conference on **Nov. 10, 2005**, at **3:30 pm**; and

A motions hearing           on **Jan. 9, 2006**, at **1:00 pm**;

and it is

ORDERED that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

---

[1] Revised January 2005.