**U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
333 Constitution Avenue, N.W., Washington, DC 20001
**New Directions Intensive Drug Treatment and Supervision Program**

PDID# S17227                                    Docket# CR05-357-02

United States of America

v.

DAMIAN Berry

Defendant's Name          Defendant's Address  WDC          Defendant's Phone#

FILED

**YOU ARE HEREBY RELEASED ON THE CONDITIONS BELOW:**
THESE CONDITIONS WILL BE IN EFFECT UNTIL YOUR CASE IS DISPOSED OF OR UNTIL THEY ARE CHANGED OR AMENDED BY A JUDGE.

OCT 2 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

☒ **PERSONAL PROMISE** — **PERSONAL RECOGNIZANCE:** You are released on your personal recognizance provided that you promise to appear at all scheduled hearings, trials or otherwise as required by the Court.

YOU ARE RELEASED ON THE CONDITIONS INDICATED BELOW AND AGREE TO THE FOLLOWING:

☒ **DRUG TREATMENT** - You are being released under the supervision of the D.C. Pretrial Services Agency to abide by all rules and regulations of New Directions Intensive Drug Treatment and Supervision Program. You are being released on the condition not to use any alcohol or illegal drugs. You may be transported to a residential treatment facility to remain for a minimum of 30 days followed by intensive out-patient (community) treatment. If your assessment indicates no need for residential treatment, you will be placed directly into intensive out-patient (community) treatment. You are to report for drug testing at 500 Indiana Avenue, N.W., Room# C220 as directed by Pretrial Services. You must call (202) 585-7200 either on the day of your test, between 4:00pm or 5:00pm or the following day between 8:30am and 9:30am for your test results. If you test positive, fail to report for testing or treatment, or fail to submit a valid sample, you must report the next business day for a sanction hearing to New Directions, 300 Indiana Ave., NW, Room #1136.

> **SANCTIONS:** The attached agreement, dated _____ is incorporated herein. Signing this order constitutes acceptance of sanctions for positive or invalid test results or missed appointments: **First Violation: 1 week extension of residential phase or minimum 2 week placement in residential phase if in out-patient (community) phase imposed by case manager. Subsequent violations: Recommendation for long-term residential treatment, increased supervision or revocation of release.** In some circumstances, you may be referred to detoxification, self-help groups, mental health treatment, or a more intensive outpatient or residential drug treatment program instead of or in addition to these sanctions. Failure to appear for a sanction hearing, detoxification, or treatment may result in a bench warrant being issued. Violation of this order may also result in revocation of release pursuant to U.S Code 18-3148.

☒ **Stay within the DC METROPOLITAN AREA.**

☒ **Report as directed by Pretrial Services.**

☒ **Any rearrest on probable cause or any subsequent offense may result in revoking your present bond and setting it at** HWOL

☒ **OTHER CONDITION** - The following additional condition(s) apply:

Report for orientation on 10/26/05 at 9:00AM
Obtained employment w/ I days, Provide PSA to verify w/ 5 days
Do not use drugs
Curfew 11:00pm - 6:00AM

**NEXT DUE BACK** on 11/10/05 in courtroom# 12 at 330 AM/PM if you have any questions about the date, time or location call Pretrial Services at 202-585-7200.

Your Attorney HOWARD KATLOFF
703 6414

Address          Phone#

Defendant's Signature ⇒ *Damian Berry*

Witnessed by GM

I UNDERSTAND THE PENALTIES THAT MAY BE IMPOSED FOR WILLFUL FAILURE TO APPEAR FOR VIOLATION OF ANY RELEASE CONDITION AND AGREE TO COMPLY WITH THE CONDITIONS OF MY RELEASE.

Title or Agency  DC PSA

> **IMPORTANT: YOU ARE TO IMMEDIATELY NOTIFY PRETRIAL SERVICES OF ANY CHANGE IN ADDRESS, EMPLOYMENT OR STATUS OF ANY RELEASE CONDITIONS AT 300 INDIANA AVE., NW, ROOM #1136 OR CALL 202-585-7200.**

DATE 10/25/05

SO ORDERED _____
Signature of Judicial Officer

☆ U.S. GOVERNMENT PRINTING OFFICE: 2003-498-199/61193

## New Directions Intensive Drug Treatment and Supervision Program
### Treatment and Sanctions Contract

I agree to enter the New Directions Intensive Drug Treatment and Supervision Program. In that program, I will receive residential and/or intensive outpatient treatment in the form of group and individual counseling, education, detoxification, and referrals to other agencies as my substance abuse needs require. As part of the treatment, I will submit to all random and scheduled drug testing. I understand that to complete the program successfully, I must be drug free for a minimum of six consecutive months.

Following the initial residential portion of the program and/or during intensive outpatient treatment, my testing schedule will be Mondays and Thursdays or as directed by the Superior Court/New Directions Program. If a designated Pretrial Services Agency holiday falls on either of these days, I am excused from testing. On Mondays and Thursdays, I will report to
Sup ct C220 for drug testing
and submit my urine (or oral fluid) for testing. On the evening of the day that I am required to test, I must call back for my test results between the hours of _____ or _____ p.m. If I fail to appear for a test, test positive, fail to submit a sample, submit a sample insufficient for testing, or fail to follow program requirements, I will be subject to sanctioning. In return for the benefits of treatment that I will receive in the New Directions program, I agree to the following sanctions if I violate drug-testing requirements:

First violation: One-week extension of the residential phase or a minimum two-week placement in the residential phase if currently in the intensive outpatient (community) phase of treatment (case manager imposed).

Second & Subsequent violations: Recommendation for long-term residential placement, increased supervision or revocation of release conditions.

If I commit two or more drug testing violations, I must report to my assigned Case Manager for a court hearing when scheduled. At that hearing, I will be represented by my attorney or, if my attorney is not available, by an attorney appointed as a substitute. I will have the opportunity to testify and may call and cross-examine witnesses at the hearing. In addition to drug testing sanctions, I will also be held accountable for my attendance in the program. Since I cannot benefit from treatment if I am not present, I understand that I will have to make up every late arrival, early departure, and absence from groups or other treatment activities in order to progress through the program's treatment phases. I understand that to make-up for missed groups and treatment activities I may be required and agree to attend Saturday classes.

In some circumstances, program staff or the Court may refer me to self-help groups (e.g., AA, NA, etc.), detoxification, long-term residential treatment, or mental health treatment instead of or in addition to the above sanctions. If I fail to appear for drug testing, imposition of a sanction, detoxification, or treatment activity, a bench warrant will be issued for my arrest.