UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v. ) | **CR. NO. 05 -357 - 02  (RMU)** |
| ) | |
| ) | |
| **DAMIAN BERRY** ) | |

**ORDER**

The Court has reviewed, Defendant Berry's Motion For Severance, and Memorandum of Points and Authorities In Support Thereof, any opposition thereto, and the entire record in this case, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is, this _____ day of _____, 200 __ .

ORDERED that defendant Berry's Motion For Severance is hereby GRANTED.

_____
RICARDO M. URBINA
United States District Court

Copies to:

Howard B. Katzoff, Esq.
601 Indiana Ave., N.W. , Suite  500
Washington, D.C.  20004

Wanda Dixon, Esq.
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20001

Jonathan Jeffress, Esq.
Office of the Federal Defender
633 Indiana Avenue, N.W., Suite 550
Washington, D. C.  20004