generally also inadmissible.  This is because the "independent source" issue involves the same concerns as the reliability issue.  Both inquire into the quality and nature of the eyewitness' original identification of the suspect.  Thus, defendant submits that no independent source exists for an in-court identification of the Defendant in this case, and that any and all identification testimony by the cooperating witness should be suppressed.

    6. Defendant respectfully requests a hearing on this motion.

    WHEREFORE, for these reasons and such other reasons as may be adduced at a hearing on this motion, the Defendant respectfully requests this Court to grant this motion to suppress identification testimony.

                                          Respectfully submitted,

                                          /s/
                             Howard B. Katzoff (Bar # 348292)
                             601 Indiana Avenue, NW  Suite 500
                             Washington, DC  20004
                             (202) 783-6414
                             Counsel for Defendant Berry

## **CERTIFICATE OF SERVICE**

    I hereby certify that this    8th    day of    November           , 2005, a copy of the foregoing Motion and Points and Authorities were electronically served upon Wanda Dixon, Assistant United States Attorney for the District of Columbia, 555 Fourth Street N.W., Washington, D.C. 20530, and upon Jonathan Jeffress, counsel for Edgar Fields.

                             /s/
                          Howard B. Katzoff