UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v.   ) | **CR. NO. 05 -357 - 02  (RMU)** |
| ) | |
| ) | |
| **DAMIAN BERRY**   ) | |

### ORDER

The Court has considered Defendant's Motion to Suppress Identification Testimony and Points and Authorities in Support Thereof, any opposition thereto, and the entire record in this case, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is this _____ day of _____ , 2005,

ORDERED that Defendant's Motion To Suppress Identification  is hereby GRANTED.

SO ORDERED.

_____
RICARDO M. URBINA
United States District Court

Copies to:

Howard B. Katzoff, Esq.
601 Indiana Ave., N.W. , Suite  500
Washington, D.C.  20004

Wanda Dixon, Esq.
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20001

Jonathan Jeffress, Esq.
Office of the Federal Defender
633 Indiana Avenue, N.W., Suite 550
Washington, D. C.  20004