UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           :
                                   :
              v.                   :    Criminal Action No.: 05-0357 (RMU)
                                   :
EDGARD B. FIELDS and               :
DAMIAN BERRY,                      :
                                   :        FILED
              Defendant(s).        :
                                          NOV 10 2005
                  **ORDER**
                                       NANCY MAYER WHITTINGTON, CLERK
                                            U.S. DISTRICT COURT

It is this _10_ day of _November_ 2005,

**ORDERED** that a plea/status hearing in the above-captioned case shall take place on _Jan. 9, 2006_ at _1:00_.

**SO ORDERED.**

                                   _____
                                          Ricardo M. Urbina
                                       United States District Judge