**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA                    :

　　　　　　　v.                            :        Criminal Action No.: *05-357* (RMU)

*Egard Fields & Damien Berry,*              :

　　　　　Defendant(s).                     :        **FILED**

**O R D E R**                                        JAN – 9 2006

It is this ___*9th*___ day of ___*January*___ 200~~5~~*6*         NANCY MAYER WHITTINGTON, CLERK
                                                     U.S. DISTRICT COURT

**ORDERED** that this case be set for:

A pretrial conference        on __*March 2, 2006*__, at __*10:00 am*__;

Jury selection               on _____, at _____; and

Trial                        on _____, at _____;

and it is

**FURTHER ORDERED** that in preparation for the pretrial conference, counsel review

the Joint Pretrial Statement exemplar described in the court's Standing Order issued in this case

and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge