**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**



**FILED**

JAN 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-0357 (RMU) |
| | : | |
| DAMIEN BERRY | : | |
| | : | |
| Defendant(s). | : | |

## ORDER

It is this 23rd day of January 2006,

**ORDERED** that a hearing on the defendant's motion to reinstate bond conditions in the above-captioned case shall take place on Thursday, January 26, 2006 at 10:30 am.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge