UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
              v.                  :   Criminal Action No.: 05-357 (RMU)
                                  :
#2 Damien Berry                   :
                                  :
           Defendant(s).          :

**ORDER**

**FILED**

MAR 2 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 2nd day of March 2006.

ORDERED that a plea hearing in the above-captioned case shall take place on March 15, 2006 at 10 am. Before Magistrate Judge Facciola

SO ORDERED.

Ricardo M. Urbina
United States District Judge

(w)