UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 05-0357 (RMU)
:
DAMIEN BERRY :
:
Defendant(s). :

**ORDER**

**FILED**

MAR 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 23rd day of March, 2006,

ORDERED that the trial in the above-captioned case shall begin on September 7, 2006 at 10:00 am.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge