# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

Crim. No. 05-357-02 (RMU)

DAMIAN BERRY

**FILED**
AUG 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

The Court has considered the defendant's unopposed request to be transferred to the Correctional Treatment Facility ("CTF") during the pendency of this case in order to address his medical and substance abuse issues, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is this __25th__ Day of __August__, 2006,

ORDERED that Damian Berry ( ~~[redacted]~~ ) be transferred to the Correctional Treatment Facility ("CTF") until further order of this Court.

SO ORDERED.

Alan Kay
United States Magistrate Judge

Copies to:
Howard B. Katzoff, Esq.
717 D Street, N.W., Suite 310
Washington, D.C. 20004

AUSA Wanda Dixon
555 Fourth Street, N.W.
Washington, D.C. 20530

United States Marshal's Service
Prisoner Coordination Section

D.C. Department of Corrections